MANUFACTURERS FINANCE COMPANY AND SUPERIOR MOTOR TRUCK COMPANY v. AMAZON COTTON MILLS COMPANY AND R. E. ZIMMERMAN.

(Filed 12 November, 1924.)

APPEAL by Amazon Cotton Mills Company from *Bryson, J.,* and a jury, at July Term, 1924, of DAVIDSON.

*Brooks, Parker & Smith for plaintiffs.*
*Raper & Raper and H. R. Kyser for defendants.*

PER CURIAM. This case has been in this Court twice before—*Finance Co. v. Cotton Mills Co.,* 182 N. C., p. 408, and *Finance Co. v. Cotton Mills Co.,* 187 N. C., p. 233.

In the latter case we said: "We think, from the facts and circumstances of this case, and the view we take, that the evidence above set

forth, which was excluded, and like evidence as appears from the record, there was error, and on another trial the evidence should be held competent."

From a careful reading of the record and briefs, and considering the exceptions and assignments of error, we think the case was substantially tried out in accordance with the opinion heretofore rendered. The material issue submitted to the jury was, "Did the Manufacturers Finance Company purchase said note and contract, retaining title to the motor truck herein sued for, from the Superior Motor Truck Company, for value and before maturity, in good faith and in due course of business, without notice of the claim or equity of the Amazon Cotton Mills, as alleged in the complaint?" The jury answered this issue "Yes." This was a question of fact. We can see no prejudicial or reversible error.

No error.